UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-14212 |
| | ) | |
| CHE WILLIS | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO MODIFY CHAPTER 13 PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The confirmed plan is amended to replace §E3.1(b) and §E3.1(c) with the following:

(b) Creditor: Cook County Clerk
Collateral:501 Garfield Calumet City, IL 60409 Cook County 30-08-114-006-0000
Amount of secured claim: $5,718.71
APR: 0%
Fixed monthly payment:$125.00
Total estimated payments, including interest, on the claim: $5,718.71.
Non-PMSI

(c) Creditor: Cook County Clerk
Collateral:501 Garfield Calumet City, IL 60409 Cook County 30-08-114-006-0000
Amount of secured claim: $21,625.98
APR: 12%
Fixed monthly payment:$500.00
Total estimated payments, including interest, on the claim: $28,467.00
Non-PMSI

2.) The trustee will start disbursements pursuant to the confirmed plan.

Enter: Jacqueline P. Cox
J. Cox

Dated: JUL 30 2018

United States Bankruptcy Judge

**Prepared by:**
Dustin B. Allen
IARDC #6312451
DAVID M. SIEGEL & ASSOC., LLC

Rev: 20130104_bko

790 Chaddick Drive
Wheeling, IL  60090